No. D–1194. IN RE DISBARMENT OF CAPLAN. Disbarment entered. [For earlier order herein, see *ante,* p. 950.]

No. D–1195. IN RE DISBARMENT OF CASPER. Disbarment entered. [For earlier order herein, see *ante,* p. 950.]

No. D–1196. IN RE DISBARMENT OF HARLAN. Disbarment entered. [For earlier order herein, see *ante,* p. 950.]

No. D–1197. IN RE DISBARMENT OF HAWKINS. Disbarment entered. [For earlier order herein, see *ante,* p. 950.]

No. D–1198. IN RE DISBARMENT OF WATROUS. Disbarment entered. [For earlier order herein, see *ante,* p. 950.]

No. D–1200. IN RE DISBARMENT OF SIMON. Disbarment entered. [For earlier order herein, see *ante,* p. 950.]

No. D–1201. IN RE DISBARMENT OF NORRIS. Disbarment entered. [For earlier order herein, see *ante,* p. 970.]

No. D–1207. IN RE DISBARMENT OF ZABRISKIE. Disbarment entered. [For earlier order herein, see *ante,* p. 983.]

No. D–1225. IN RE DISBARMENT OF GLADSON. It is ordered that Charles L. Gladson, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1226. IN RE DISBARMENT OF WADDELL. It is ordered that Thomas L. Waddell, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1227. IN RE DISBARMENT OF ANSHEN. It is ordered that Charles W. Anshen, of Encino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.